```
                                    FILED
                                IN CLERKS OFFICE
```

IN THE UNITED STATES DISTRICT COURT 21 P 3:16
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

U.S. DISTRICT COURT
DISTRICT OF MASS.

Ruth Carver, et al.  )
                      Plaintiffs, )
)
v.                                      )  CIVIL ACTION
)
Indevus Pharmaceuticals, Inc., F/K/A Interneuron )  NO. 04-CV-11037 GAO
Pharmaceuticals, Inc.; Wyeth, Inc., F/K/A American Home )
Products Corporation; Wyeth Pharmaceuticals, Inc. F/K/A )
Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American )
Home Products Corporation; and Boehringer Ingelheim )
Pharmaceuticals, Inc. )
                      Defendants. )

## NOTICE OF ORDER REFERRING REMAND MOTIONS IN
## DIET DRUG CASES TO A SINGLE JUDGE FOR DECISION

This case is one of over 200 diet drug cases originally filed on behalf of approximately 4,500 plaintiffs in state court in Middlesex County, Massachusetts. Wyeth is in the process of removing all of these diet drug cases to the federal court.

In the first of these cases -- *Andrus, et al v. Indevus Pharm., Inc., et al.* -- Wyeth filed a Notice of Removal on May 7, 2004. Because the anticipated remand motions in *Andrus* and this and the other diet drug cases likely will raise similar, if not identical issues, Wyeth filed in *Andrus* a Motion to Refer Decision of Remand Motions in All Diet Drug Cases to a Single Judge for Decision. On May 19, 2004, the court (O'Toole, J.) entered an order granting Wyeth's motion.

Respectfully submitted this 21st day of May 2004.

/s/ Janice W. Howe
William A. McCormack BBO #329580
Janice W. Howe BBO #242190
David Yamin BBO #562216
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000
*Counsel for Defendants Wyeth and
Wyeth Pharmaceuticals, Inc.*

LITDOCS/552256.1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the within and foregoing document upon all parties to the above-captioned action by depositing a copy of same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery to the following:

Edward J. Barshak (BBO No. 032040)
Michael S. Appel (BBO No. 543898)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114

J. Christopher Ide
Miller & Associates
105 North Alfred Street
Alexandria, VA 22314
*Counsel for Plaintiff*


Matthew J. Matule (BBO #632075)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108

*Counsel for Defendants Indevus Pharmaceuticals, Inc. and Boehringer Ingelheim Pharmaceuticals, Inc.*


This 21st day of May, 2004.

/s/ Janice W. Howe
Janice W. Howe
*Counsel for Defendants Wyeth
and Wyeth Pharmaceuticals, Inc.*