UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RUTH CARVER; DIANNA CLAY; MARY :
COLES; DEBORAH CORNWELL; KIMBERLY :
DEANS; PAULINE "NIKI" DURGIN; :
BARBARA FRIEND; JOSEPH J. HANDS; :
GWEN HARPER; CHERIL M. HARRIS, :
                                                            :
    Plaintiffs                                          :
v.                                                          :
                                                            :    Civil Action
INDEVUS PHARMACEUTICALS, INC., F/K/A       :    No. 04-11037-GAO
INTERNEURON PHARMACEUTICALS, INC.;   :
WYETH, INC., F/K/A AMERICAN HOME            :
PRODUCTS CORPORATION; WYETH                :
PHARMACEUTICALS, INC F/K/A WYETH-          :
AYERST PHARMACEUTICALS, INC., A             :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER                  :
INGELHEIM PHARMACEUTICALS, INC.,       :
                                                            :
    Defendants                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**<u>NOTICE OF APPEARANCE</u>**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 14, 2004  
      Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Counsel for Defendant  
Boehringer Ingelheim Pharmaceuticals, Inc.