UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------- x
RUTH CARVER; DIANNA CLAY; MARY        :
COLES; DEBORAH CORNWELL; KIMBERLY     :
DEANS; PAULINE "NIKI" DURGIN;         :
BARBARA FRIEND; JOSEPH J. HANDS;      :
GWEN HARPER; CHERIL M. HARRIS,        :
                                      :
      Plaintiffs                      :   Civil Action
v.                                    :   No. 04-11037-GAO
                                      :
INDEVUS PHARMACEUTICALS, INC., F/K/A  :
INTERNEURON PHARMACEUTICALS, INC.;    :
WYETH, INC., F/K/A AMERICAN HOME      :
PRODUCTS CORPORATION; WYETH           :
PHARMACEUTICALS, INC F/K/A WYETH-     :
AYERST PHARMACEUTICALS, INC., A       :
DIVISION OF AMERICAN HOME PRODUCTS    :
CORPORATION; AND BOEHRINGER           :
INGELHEIM PHARMACEUTICALS, INC.,      :
                                      :
      Defendants                      :
------------------------------------- x
```

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  June 25, 2004  				Respectfully submitted,
        Boston, Massachusetts

						/s/Matthew J. Matule
						Matthew J. Matule (BBO #632075)
						SKADDEN, ARPS, SLATE,
Of Counsel:					   MEAGHER & FLOM LLP
Barbara Wrubel					One Beacon Street
Katherine Armstrong				Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,				(617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000					Counsel for Defendant
						Boehringer Ingelheim Pharmaceuticals, Inc.