UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RUTH CARVER; DIANNA CLAY; MARY          :
COLES; DEBORAH CORNWELL; KIMBERLY
DEANS; PAULINE "NIKI" DURGIN;           :
BARBARA FRIEND; JOSEPH J. HANDS;        :
GWEN HARPER; CHERIL M. HARRIS,
                                        :
     Plaintiffs,                        :    Civil Action
v.                                      :    No. 04-11037-GAO
                                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A    :
INTERNEURON PHARMACEUTICALS, INC.;      :
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH             :
PHARMACEUTICALS, INC F/K/A WYETH-
AYERST PHARMACEUTICALS, INC., A         :
DIVISION OF AMERICAN HOME PRODUCTS      :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,        :
                                        :
     Defendants.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated:  August 9, 2004               Respectfully submitted,
        Boston, Massachusetts

                                     /s/Matthew J. Matule
                                     Matthew J. Matule (BBO #632075)
                                     SKADDEN, ARPS, SLATE,
Of Counsel:                            MEAGHER & FLOM LLP
Barbara Wrubel                       One Beacon Street
Katherine Armstrong                  Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                       Counsel for Defendant,
                                     Indevus Pharmaceuticals, Inc.